IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE R. GOINS, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 07-460 |
| | ) Judge Donetta W. Ambrose/ |
| | ) Magistrate Judge Amy Reynolds Hay |
| JOSEPH M. JAMES, P.J.; STEPHEN A. | ) |
| ZAPPALA, JR., Esq.; DR. CYRIL H. | ) |
| WECHT, Coroner; LEWIS BREAULTS, | ) |
| Deputy Coroner; DONALD KANAI, | ) |
| Deputy Coroner; TIMOTHY G. UHRICH, | ) |
| Deputy Coroner; JAMES R. MORTON, | ) |
| Detective; LEONARD T. WALTERS, | ) |
| Detective; JEFFREY KORCZYK, | ) |
| Detective, | ) |
| Defendants | ) |

**ORDER**

AND NOW, this 5th day of June, 2007, after the Plaintiff, Maurice R. Goins, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and objections having been filed by Plaintiff which are without merit, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Complaint is dismissed before service for failure to state a claim upon which relief can be granted pursuant to the screening provisions of the Prison Litigation Reform Act;

IT IS FURTHER ORDERED that Plaintiff's motion to amend complaint is dismissed as moot;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*Donetta F. Ambrose*
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

cc: Maurice R. Goins
EB-7972
SCI Fayette
Box 9999
LaBelle, PA 15450-0999